Submitted January 3, 2011; decided January 6, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HOLLAND, Appellant.

Submitted January 3, 2011; decided January 6, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PADRAIC KEATING, Appellant.

Submitted January 3, 2011; decided January 6, 2011

Motion for assignment of counsel granted and Lauren G. Klein, Esq., PO Box 2042, Nantucket, Massachusetts 02584 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v SANTOS QUINTO, Appellant-Respondent.

Submitted December 20, 2010; decided January 6, 2011

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant-respondent on the appeal herein.